**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

    -against-

PAUL VIDES,
                    Defendant.
------------------------------------------------------------X

17 CR. 92 (RMB)

**ORDER**

        The Court will hold a telephone status conference on Tuesday, August 4, 2020 at 9:30 AM.

        Participants, members of the public and the press can use the following dial-in information:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 1792

Dated: June 18, 2020
       New York, NY

                                        RICHARD M. BERMAN
                                              U.S.D.J.