**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                          17 CR. 92 (RMB)

   -against-

                                                            **ORDER**

PAUL VIDES,
                Defendant.
------------------------------------------------------------X

       The telephone status conference previously scheduled for Tuesday, August 4, 2020 at 9:30 AM is hereby rescheduled to Monday, August 17, 2020 at 9:30 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 1792

Dated: July 22, 2020
       New York, NY

                                                      _____
                                                         RICHARD M. BERMAN
                                                             U.S.D.J.