UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

PAUL VIDES,
                Defendant.
------------------------------------------------------------X

17 CR. 92 (RMB)

**ORDER**

The telephone status conference previously scheduled for Monday, August 17, 2020 at 9:30 AM is hereby rescheduled to Monday, October 19, 2020 at 9:30 AM.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 1792

Dated: August 10, 2020
       New York, NY

                                              RICHARD M. BERMAN
                                                   U.S.D.J.