UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                     Government,

     -against-

PAUL VIDES,
                     Defendant.
-----------------------------------------------------------X

17 CR. 92 (RMB)

**<u>ORDER</u>**

Having reviewed the docket herein, the letter dated June 10, 2021 from Julia Gatto, Esq., the transcripts of supervised release hearings held on October 19, 2020, March 8, 2021 and May 17, 2021, the factors of 18 U.S.C. § 3583(e)(1), Mr. Vides successful completion of supervision and his steady employment and stable residence during the exceptionally difficult times brought about by the COVID-19 pandemic, and in view of the desirability of early termination when warranted, the Court finds that an early termination of supervised release for Mr. Vides is appropriate.[1]

The supervised release hearing transcripts unequivocally support early termination, including as follows:

• During the October 19, 2020 hearing, the probation officer stated: "He was transferred to low intensity caseload in March of 2020, just before COVID hit. The reason he was assigned to low intensity caseload is due to his compliance with his court sentencing conditions. He has maintained employment, housing, and he is in treatment with therapeutic treatment with TRI Center with Skye Hillier. He was seen in -- when I spoke with Ms. Hillier, you will see in the status report that there is a goal and recommendation of how well that he's doing and that she doesn't feel that he needs to continue." (Transcript of proceedings held on October 19, 2020 at 3:16-24.) Probation also reported that the supervisee is "working ... with the union, the

---

[1] Defense counsel states: "With the consent of the government and the Probation Department, I write to respectfully request that the Court terminate Mr. Vides's term of supervised release . . . Mr. Vides has satisfied the financial penalties imposed as part of his sentence. For the reasons discussed at the last court conference, held on May 17, 2021, in light of Mr. Vides's exceptional performance while on supervision and with the satisfaction of his fine and special assessment we ask that Mr. Vides's supervision be terminated."

1

International Brotherhood of Electrical Workers. So right now his employment -- he's an elevator mechanic apprentice, and he's working with Integralift in Brooklyn, New York." (Id. at 6:16-24.)

And, Mr. Vides, the supervisee, stated: "There was a program that was offered to me while I was at the halfway house that was called ACCES-VR, and I took advantage of that . . . to go to a trade school, which I completed within the seven months. And that helped me get the employment that I have now, which is also helping me to become what I'm striving for now as an elevator mechanic." (Id. at 8:19-25.) Additionally, the supervisee stated: "You know, the therapy has helped me a lot. The person actually that I had as my counselor was the counselor throughout, and she was and she has been very helpful." (Id. at 9:2-4)

- During the March 8, 2021 hearing, the probation officer reported: "Everything is going fine, Judge. I mean, he even received a raise at his job recently. I think counsel could speak to that. So things are really, really going well for him." (Transcript of proceedings held on March 8, 2021 at 5:3-6.) Defense counsel Julia Gatto stated: "As probation alluded, he's received two promotions which comes with more responsibility, which is great for his own self-worth and value because, as you know, as he articulated the last time, working, earning an honest living, being able to provide for his children -- these are the things that are driving him and motivating him to stay so clearly on the right path, which he is on." (Id. at 7:10-16.) And, the supervisee stated: "I was actually also asked to come talk to my trade school that has partnered up with Fedcap about a week and a half [or] 2 weeks ago, over Zoom of course, with regards to my journey through the trade school that I did, which I was recommended through the halfway house, which I took advantage of. I just let them know how tough it was but how much it paid off as well. I was very happy for that, that someone actually reached out to me to take that time and have me talk to others that have a lot of doubts that they can't [succeed]." (Id. at 9:13-22.)

- During the May 17, 2021 hearing, probation stated: "Mr. Vides, he started his supervision July 17, 2019. He is almost finished with two years, completion two years. He has maintained his employment full-time. He is currently in the union, International Brotherhood of Electrical Workers, in the elevator division. He recently satisfied $800 towards his financial obligations, leaving him with a balance of $1,100." (Transcript of proceedings held on May 17, 2021 at 3:6-13.)

The Court stated: "I am also very supportive of an early termination. It is clear and was clear back in March that Mr. Vides has been making terrific progress, and I don't think -- I think that the early terminations are valuable in and of itself, that is to say, as a recognition of meeting one's conditions of supervision. But in addition to that, if someone qualifies for early termination, it essentially reduces the sentence, the overall sentence [] combination of incarceration and then supervision thereafter, and it strikes me that the sooner we can do that **appropriately**, the better we are, the better . . ." (Id. at 4:7-17.) And, government counsel stated: "It sounds like Mr. Vides has done remarkably well, more than just compliance, you know, thriving, stable job." (Id. at 10:20-21.)

Based upon the foregoing, the Court hereby orders and directs that supervised release is terminated, effective immediately, this 15th day of July, 2021.

Dated: July 15, 2021
New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.

3